Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00224-CV

**MICHELIN NORTH AMERICA, INC.**,
Appellant

v.

Adam **ROCHA** and Marisela Rocha, Each Individually and as Next Friends of Rubi Ann Rocha,
Minor; Maria Mason; and Benito Carrillo,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 09-06-11001-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  December 7, 2011

SET ASIDE AND DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have fully compromised and settled all issues in dispute. The motion is granted. *See* TEX. R. APP. P. 42.1(a). All previous orders and judgments, both trial and appellate, are set aside and the cause is dismissed. *See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes*, 827 S.W.2d 859, 859 (Tex. 1992); *Exxon Corp. v. Butler*, 619 S.W.2d 399, 399 (Tex. 1981); *Freeman v. Burrows*, 141

Tex. 318, 171 S.W.2d 863, 863-64 (1943). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM